**2009–2200. State v. Kenney.**
Franklin App. No. 09AP–231, 2009-Ohio-5584. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-

Ohio-6387; and briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., would accept and hold the appeal on Proposition of Law No. I and accept the appeal on Proposition of Law No. II without holding.

Cupp, J., dissents.